**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

EZEQUIEL ROSALES SANCHEZ,

        Plaintiff,

    v.

M. SILVA, et al.,

        Defendants.

No.  2:25-cv-3378-DMC-P

ORDER

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is Defendants' motion to opt-out of the Court's early alternative dispute resolution program.  See ECF No. 17.  Good cause appearing therefor, Defendants' motion is granted and the stay of proceedings imposed on Mary 5,2026, is lifted.  By separate order, the Court will issue a schedule for this litigation.

IT IS SO ORDERED.

Dated:  April 21, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1